UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

ANNA L. McCRARY, )
)
Petitioner, )
) No. 1:03-CV-396/1:01-CR-180
v. )
) Judge Curtis L. Collier
UNITED STATES OF AMERICA, )
)
Respondent. )

## ORDER

For the reasons set forth in the accompanying Memorandum, the Court **DENIES** Petitioner

Anna L. McCrary's ("Petitioner") motion to vacate, set aside, or correct her sentence pursuant to 28

U.S.C. § 2255 (Court File No. 1). Further, the Court **DECLINES** to issue a certificate of

appealability pursuant to 28 U.S.C. § 2253(c) and **CERTIFIES** any appeal in this matter by

Petitioner would not be taken in good faith.


**SO ORDERED.**

**ENTER:**


**/s/**_____
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**